IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Brandon M. Rogers and | ) | | |
| Tracy M. Rogers | ) | No.: | 12 B 00565 |
| Plaintiffs, | ) | | |
| | ) | Adversary No.: 12-00308 | |
| v. | ) | | |
| RBS Citizens, NA | ) | Judge: | Schmetterer |
| Defendant. | ) | | |

### **FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The Court has jurisdiction over this adversary pursuant to 28 U.S.C. sec. 151 et seq and 28 U.S.C. sec 1334 and Local Rule 2.33 of the United States District Court for the Northern District of Illinois. *under 28 USC 2157(2)(k)* This is a core proceeding. The above referenced adversary case was filed on February 24, 2012. The return date for the Summons was April 2, 2012. The Debtors served RBS Citizens, NA, Certified US mail on Ellen Alemany, CEO, RBS Citizens NA, One Citizens Plaza, Providence, RI 02903. A copy of the return is attached as Exhibit A. RBS Citizens, NA has failed to Answer or otherwise plead in this case. The Debtors Chapter 13 case was filed on January 9, 2012. It has not been confirmed. Among Debtors scheduled assets is the Debtors' residence, commonly known as 708 Woodland Heights Blvd., Streamwood, IL 60107, PIN #06-023-408-016-0000.

The appraised value of said real estate is $120,000.00 as demonstrated by the Uniform Residential Appraisal Report of record. RBS Citizens, NA holds a second mortgage on the subject premises. The lien of the first mortgage held by Chase Home Finance is $185,600.00, and lien of the second mortgage held by RBS Citizens, NA is $49,896.85 at this time. Under sections 506(a) and 506(d), RBS Citizens, NA's second mortgage would be an allowed secured claim to the extent of the value of the estates interest in the property securing the claim, and would be void to the extent it is not an allowed secured claim. Under sections 506(a) and 506(d), RBS Citizens, NA's second mortgage would be an allowed secured claim to the extent of the value of the estates interest in the property securing the claim, and would be void to the extent it is not an allowed secured claim. The amount owed on the first mortgage, $185,600.00, exceeds the value of the real estate, $120,000.00. RBS Citizens, NA's second mortgage is wholly unsecured and may be stripped off. (See *In re: Pence,* 905 F.2d 1107 (7th Cir. 1990), *In Re: King,* 290 B.R. 642(C.D. Ill.2003), and this Court's

opinion in *In re Forrest*, 09 B 20874 (N.D. Ill. 9/16/2009) *Slip Op.*

*This is a core matter.*

WHEREFORE, for the foregoing reasons, a judgment by default will be entered in favor of the Plaintiffs and against Defendant RBS Citizens, NA, stripping the Defendant's second mortgage on the Plaintiffs residential real estate.

ENTERED

U.S. Bankruptcy Judge

MAY 10 2012

Dated: 5/10/12

William J. Moroney
Atty No.: 6186591
Edwin L. Feld & Associates, LLC
29 S. LaSalle, Suite 328
Chicago, IL 60603
(312) 263-2100